UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON KIN SHAUN GOH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, *Secretary of the U.S. Department of State*, *et al.*, <br><br> Defendants. | Civil Action No. 21-00999 (APM) |

**ORDER**

Before the Court is a Joint Motion to Set a Briefing Schedule. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that the Parties' motion is GRANTED. It is further ORDERED that:

1. Defendants shall file the certified record index and serve a copy of the record on Plaintiffs by May 21, 2021;

2. Defendants shall file its motion to dismiss and for summary judgment by May 21, 2021;

3. Plaintiffs shall file their cross-motion for summary judgment and response to Defendants' motion to dismiss and for summary judgment by June 7, 2021;

4. Defendants shall file its reply in support of its motion to dismiss and for summary judgment and response to Plaintiffs' cross-motion for summary judgment by June 24, 2021; and

5. Plaintiffs shall file their reply in support of their motion for summary judgment by July 2, 2021.

Dated: _____          _____
                                  United States District Judge