UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON KIN SHAUN GOH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANTONY J. BLINKEN, *Secretary of the U.S.* )<br>*Department of State*, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 21-00999 (APM) |

## **ORDER**

Before the Court is Defendants' unopposed motion for an extension of time to file its motion to dismiss and for summary judgment. After consideration of Defendants' motion, and, for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED. It is further ORDERED that Defendants' motion to dismiss and for summary judgment is due at 12:00 p.m., May 22, 2021.

_____                            _____
Date                                                                  U.S. District Judge