UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**BRANDON KIN SHAUN GOH et al.,**   )
                                    )
    **Plaintiffs,**                )
                                    )
    v.                            )    Case No. 21-cv-00999 (APM)
                                    )
**U.S. DEPARTMENT OF STATE et al.,**)
                                    )
    **Defendants.**               )
_____ )

# ORDER

For the reasons stated in the court's order on the State Department's motion for a stay pending appeal in *Gomez v. Biden*, the court conditionally grants Defendants' Motion for Stay, ECF No. 52. *See* Order, *Gomez v. Biden*, No. 20-cv-01419 (APM) (D.D.C.), ECF No. 258.

The court will grant the stay for a period of thirty days on the condition that, within seven days of this Order, Defendants seek expedited review before the D.C. Circuit. *See, e.g.*, *Ctr. for Int'l Env't L. v. Off. of U.S. Trade Representative*, 240 F. Supp. 2d 21, 24 (D.D.C. 2003) (granting request for stay pending appeal "on the condition that defendants seek expedited consideration from the court of appeals"); *Hechinger v. Metro. Wash. Airports Auth.*, 845 F. Supp. 902, 910 (D.D.C.) (granting limited stay pending appeal to "permit defendants to seek expedited review in the Court of Appeals" or bring issues before Congress), *aff'd*, 36 F.3d 97 (D.C. Cir. 1994). The court hopes that Plaintiffs will join in the request for expedited review. Defendants shall notify the court by March 10, 2022, whether they have sought expedited review. If after the expiration of thirty days the D.C. Circuit has acted, the court will consider an extension of the stay.

Dated: March 3, 2022

Amit P. Mehta
United States District Court Judge