# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BRANDON KIN SHAUN GOH et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 21-cv-00999 (APM) |
| **U.S. DEPARTMENT OF STATE et al.,** | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the court's order on Defendants' Notice of D.C. Circuit Action and Motion to Extend Stay Pending Resolution of Appeal in *Gomez v. Biden*, the court grants in part and denies in part the identical Notice filed in this case, ECF No. 58. *See Gomez v. Biden*, No. 20-cv-1419 (APM) (D.D.C.), ECF No. 264. The court's final order in this case, Order, ECF No. 45, shall be stayed until the D.C. Circuit announces its opinion in the consolidated appeal, insofar as the court has ordered the Department of State to issue 481 DV 2021 visas by the close of Fiscal Year 2022. The stay does not apply to any work the Department of State must undertake to enable its information technology systems to issue DV 2021 visas beyond the fiscal year. Defendants shall file a Status Report by July 22, 2022, which updates the court on the preparedness of the State Department's systems to issue DV 2021 visas.

Dated: April 6, 2022

Amit P. Mehta
United States District Court Judge